CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

FEB 12 2010

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| W. CLARKSON MCDOW, JR., UNITED STATES TRUSTEE FOR REGION FOUR,<br>　　Appellant,<br><br>v.<br><br>GARLAND TERRY HARVEY,<br>　　Appellee. | Civil Action No. 7:09cv00425<br><br>Bankruptcy Case No. 08-71684RKR<br><br>**FINAL ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is **ORDERED** and **ADJUDGED** that the decision of the Bankruptcy Court is **AFFIRMED**.

ENTER: This 12th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE